Name: Dontray L. Brown

Address: Saline Co. Jail, P.O. Box 1606, Salina, Ks. 67402-1606

FILED
JUL 01 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Dontray L. Brown, Plantiff
(Full Name)

V.

Brenda K. Stoss, Defendant(s)
Paul J. Hickman, Jacob Peterson

CASE NO. 24-3109-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Dontray Lamont Brown, (Plaintiff) is a citizen of Pennsylvania (State) who presently resides at 800 E. Pacific, SCJ, P.O. Box 1606, Salina, Ks. 67402-1606. (Mailing address or place of confinement.)

2) Defendant Brenda K. Stoss (Name of first defendant) is a citizen of Salina, Ks / unsure precisely (City, State), and is employed as Municipal Judge (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Judge Stoss was well aware of the order of dismissal / vacating of orders.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                1

3) Defendant __Paul J. Hickman, Jacob Peterson__ is a citizen of
   (Name of second defendant)
   __both Salina, Ks./unsure__, and is employed as
   (City, state)
   __both Saline Co. Dist. Judges__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

__Several violations with Paul J. Hickman regarding possession of Mobile Home, Peterson failed to deny claim.__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__18 U.S.C. 241 and 18 U.S.C. 242__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

__In brief and in the best of my ability to sum this all up. I am a victim of Conspiracy or claims Constituting actions pursuant to 18 U.S.C. 241 and 18 U.S.C. 242. A look into these case numbers will support the claim(s): Dist Ct.: 2001-CR-000977, 2022-LM-000643 or 2022-CV-000643, SA-2022-CV-000201 or SA-2023-CV-000201, and 2022-CR-000337, Salina Municipal: 2001-CRMO-21667, 198 323__

XE-2 8/82                              CIVIL RIGHTS COMPLAINT §1983

(3) Cont. More precisely, Paul J. Hickman failed to hear my defense in a landlord tenant matter over "real property", blatantly disregarded my Counterclaim, allowing an unlawful Possession of my mobile Home to take place prior to the intial hearing date of 6-6-2022. Jacob Peterson replaced Judge Patrick Thompson but was made aware of the notice of Claim, and has ignored due process in it's entirety! (both have Commenced violations of the 5th, 6th, & 14th Amd. of the U.S. Const.)

(2) Cont... In regards to further information regarding Brenda K. Stoss. The different claims were submitted against her/the municipality of Salina, Ks. due to 3 unlawful arrests after submitting a copy of a PFA Dismissal 10 days after it's frivolous filing, while also understanding the dismissal included an order vacating any ex parte or other orders issued in the case of 2021-DM-000541-PF (I'm currently unlawfully detained and sentenced on this matter as of June 20th, 2024)., violations of my 4th, 5th, 6th, 8th, and 14th Amd. Have occured in all instances

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation(s) of 4th, 5th, 6th, 8th, and 14th Amd. of U.S. Const. - 18 U.S.C. 241 & 18 U.S.C. 242

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Dist. Ct. Case# 2021-CR-000977 (maliciously prosecuted) Judge P. Thompson and State attorney Brad Sutton/W. Brad Sutton, Paul J. Hickman (vexatious litigation); 2022-CV-000643-LM or 2022-LM-000643 (Saline Co. Dst. Ct.)

B) (1) Count II: Jared B. Johnson (vexatious litigation); issuance of unlawful warrant and unlawful possession of mobile: SA-2022-CV-000201 or SA-2023-CV-000201

(2) Supporting Facts: There were several infractions as all of my petitions or motions went unheard, unlawful warrants issued by Jared B. Johnson and Jacob Peterson. See 2022-CR-000299 and 2022-CR-000337, Unlawfully extradited from Pennsylvania, without detainer!

C) (1) Count III: Violations of 4th, 5th, 6th, 8th, and 14th Amd. of U.S.C. Const. - 18 U.S.C. 241 and 242

(2) Supporting Facts: Brenda K. Stoss has me currently unlawfully sentenced and detained, Andrea Swisher (Judge) and Rene Young are wrongfully prosecuting me too! Please rush my name in Dist. and Muni!

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☑ No ☐. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit:
     Plaintiffs: Dontray L. Brown
     Defendants: Patrick Thompson
  b) Name of court and docket number Saline Co. Dist. Ct. 2021-CR-000977
  c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

  d) Issues raised Notice of claim filed for Due process issues 5th, 6th, 14th Amd. (expect claims, misure, court refuses to provide copies!)

4

e) Approximate date of filing lawsuit  Approx. March 13th-14th, 2023, April 1st, 2024, May 2024

f) Approximate date of disposition  N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C  Yes ☐  No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

After filing notice of claims, and awaiting the 120 day ~~denia~~ deniel in part or full (8 claims have been filed total due to extreme harrasmont), ultimately I was arrested before further action could be commenced!

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Each Claim made is requesting the max allowed in Kansas, which is $500,000 x the 8 claims, or whatever the court would feel is appropriate (again; no access to copies of claims!)

___N/A___  
Signature of Attorney (if any)

___[signature]___  
Signature of Plaintiff

Pro Se

SCJ 800 E. Pacific
P.O. Box 1606, Salina, KS. 67402-1606

(Attorney's full address and telephone number)