**From:** Milo Haggard <haggardmilo@gmail.com>
**Sent:** Tuesday, July 2, 2024 11:02 AM
**To:** KSD_Clerks_KansasCity <KSD_Clerks_KansasCity@ksd.uscourts.gov>
**Subject:** Informa Pauperis

**CAUTION - EXTERNAL:**

Good morning. My name is Dontray Brown & I was recently released from the Saline Co. Jail located in Salina, Ks. 67401 on This passed Friday (June 28th, 2024). This correspondence is to see if the court is in fact in receipt of my filing to file to proceed in Informa Pauperis regarding my 42 U.S.C. 1983 claim(s) against the Salina, Ks municipalities (Muni Court & District Court). If so; please send me any necessary information that may be required to follow up & proceed forward thank you! P.s. Once I'm a little bit more established I'll have an address & a phone number for the court (roughly a weeks time). Respectfully,
Dontray L. Brown

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.