U.S. Dist. Ct. KS.                42 U.S.C. 1983                Deprivation of Rights

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONTRAY L. BROWN, | : |
| Plaintiff | |
| | Case: <u>24 - 3109 - JWL</u> |
| V. | : |
| | |
| JACOB E. PETERSON, | |
| PAUL J. HICKMAN, | : |
| JARED B. JOHNSON, | |
| JOHN A. REYNOLDS, | |
| ELLEN M. TURNER, | : |
| SCOTT REED, JANE | |
| OR JOHN DOE, | |
| ANDREA SWISHER, | : |
| AMY NORTON, | |
| OFFICER'S YATES & | |
| GARCIA, & BRENDA | : |
| K. STOSS, et al. | |
| Defendants | |
| _____ : _____ | |

## **CERTIFICATE OF SERVICE**

  I, Dontray L. Brown; do by herein state that a true and accurate copy

of the *42 U.S.C. 1983 Civil Action* has been submitted to

*Filed by: D. L. Brown*                                                        *U.S. Dist. Ct. Topeka, Ks.*

*U.S. Dist. Ct. KS.*                    *42 U.S.C. 1983*                    *Deprivation of Rights*

defenfendant(s) John A. Reynolds and Ellen M. Turner on this 29th day of September 2024, via the email address of John A. Reynolds; email address of john@rloalaw.net, time stamp of service recorded as of 11:00 AM & 12:16 PM; note of service being commenced per *Fed. R. Civ. P. 4 (m)*.

_____                                        <u>September 29th, 2024</u>
Esq, Pro Se                                                                                    Date


*Filed by: D. L. Brown*                                                            *U.S. Dist. Ct. Topeka, Ks.*