*U.S. Dist. Ct. Kansas*         *Change of Address*         *Deprivation of Rights*

DONTRAY L. BROWN,
       *Plaintiff*         :         Case: <u>24-3109-JWL</u>

   V.

                              :         <u>CHANGE OF ADDRESS</u>

BRENDA K. STOSS, et al.;
       *Defendants*

---

## ***NOTICE OF CHANGE OF ADDRESS***

   *And now to wit this 11th day of March, 2025; comes the petitioner Dontray L. Brown by and through Pro Se motion submitting with the court a Notice of Change of Address, and asserts the following:*

   *1. I, Dontray L. Brown; have moved from the previous address of 1130 Cloud Circle, Salina, Ks. 67401.*

   *2. The mailing address for all correspondence pertaining to this matter is to be forwarded or directed to 1716 Summers Rd. Salina, Ks. P.o. Box 67402-1667.*

*U.S. Dist. Ct. Kansas          Change of Address          Deprivation of Rights*

*Respectfully,*
*Name: <u>Dontray L. Brown</u>*
*Date: <u>March 11th, 2025</u>*
*Signed: [signature]*
*Esq; Pro Se*
*Mail: <u>1716 Summers Rd.</u>*
*<u>Salina, Ks. 67402-1667</u>*
*Contact: <u>785-337-5006</u>*
*Email: <u>yahelsion@gmail.com</u>*